11089574
156.59
3/24/10

TO: CLERK

FROM: THOMAS A. DOREY, PO Box 247, Lakewood, N.Y. 14750

DATE: 3-18-10

CASE: Jeffrey J Cook
Natosha A Cook

DOCKET #: 05-17600

Enclosed please find:

( ) Chambers Copy of Motion

( ) Proposed Order

( ) Checks under $5.00

( ) Other  Chs issued not cashed 90 dys

FILED MAR 24 2010 BANKRUPTCY COURT BUFFALO, N.Y.

$75.68  P/c 3  Belcher Point Chiropractic
                1831 North Belcher Rd #C-1
                Clearwater, FL. 33765

$32.58  P/c 5  Morton Plant Meese Palm Harbor
                Outpatient Center
                30522 U.S. 19 North Suite 109
                Palm Harbor, FL. 34684

$17.25  P/c 6  Suki Inc.
                264 E Main St
                Fredonia, N.Y. 14063

$12.98  P/c 8  Access Imaging
                1831 N Belcher Rd D-1
                Clearwater, FL 33765

OVER