11089574
156.59
3/24/10

TO: CLERK

FROM: THOMAS A. DOREY, PO Box 247, Lakewood, N.Y. 14750

DATE: 3-18-10

CASE: Jeffrey J Cook
Natosha A Cook

DOCKET #: 05-17600

Enclosed please find:

( ) Chambers Copy of Motion

( ) Proposed Order

( ) Checks under $5.00

( ) Other  Cks issued not cashed 90 dys

FILED MAR 24 2010 BANKRUPTCY COURT BUFFALO, N.Y.

$75.68   P/C 3   Belcher Point Chiropractic
                 1831 North Belcher Rd #C-1
                 Clearwater, FL. 33765

$32.58   P/C 5   Morton Plant Mease Palm Harbor
                 Outpatient Center
                 30522 U.S. 19 North Suite 109
                 Palm Harbor, FL. 34684

$17.25   P/C 6   Suki Inc.
                 264 E Main St
                 Fredonia, N.Y. 14063

$12.98   P/C 8   Access Imaging
                 1831 N Belcher Rd D-1
                 Clearwater, FL. 33765

OVER

$18.10  P/c 13  Verizon Wireless Northeast
AFN v Verizon Wireless
404 Brock Dr.
Bloomington, IL 61701

---

$156.59